## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JUSTIN WOODEN,                                                                                    PLAINTIFF
ADC #139811

v.                                           5:10CV00028 JLH-JJV

SGT. FORD, Varner Super Max,
Arkansas Department of Correction                                                          DEFENDANT

### **JUDGMENT**

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 19th day of May, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE